IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARIO THOMAS**,

        *Petitioner*,

v.                                                                                                                                                                                                                                                                                                        CAUSE NO.: 3:20-CV-832-CWR-LGI

**WALTER VEREEN**,

        *Defendant*.

## ORDER

Before the Court is the Report and Recommendation the United States Magistrate Judge entered on October 5, 2023. Docket No. 16. The Report and Recommendation notified the parties that a failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed with prejudice. A separate Final Judgment will issue.

**SO ORDERED**, this the 3rd day of January, 2024.

                                                                   s/ Carlton W. Reeves
                                                                   UNITED STATES DISTRICT JUDGE